In the Matter of the Claim of SALLY UNGER, Respondent, against NEW YORK SPORTWEAR Co., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1935; decided October 15, 1935.)

*F. A. W. Ireland* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.